**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division**

ALLY BANK and             )
ALLY FINANCIAL INC.,      )
                            )
        Plaintiffs,      )
v.                         )     Civil Action No. 1:14-cv-00851
                            )
MAX LIPMAN, *et al.*,      )
                            )
        Defendants.    )

**STIPULATION OF DISMISSAL**

Plaintiffs, Ally Bank and Ally Financial Inc., and Defendants, Max Lipman, the Lipman

Family Charitable Remainder Unitrust, the Lipman CRT, LLC and the North American

Company for Life and Health Insurance, by and through undersigned counsel, pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that the above-

captioned matter is dismissed with prejudice, with each party to bear its own costs, including

attorneys' fees.

Dated: September 3, 2014      Respectfully submitted,

                        /s/                           
                        Jonathan L. Gold (Bar No. 22553)
                        LeClairRyan, A Professional Corporation
                        2318 Mill Road, Suite 1100
                        Alexandria, Virginia 22314
                        (703) 647-5921
                        *Counsel for Plaintiffs*

                        /s/                           
                        Jody Maier (Bar No. 06051)
                        Levin and Gann, PA
                        502 Washington Avenue, 8th Floor
                        Towson, Maryland 21204
                        (410) 321-0600

*Counsel for Lipman Family Charitable Remainder Unitrust and Lipman CRT, LLC*

/s/_____
Michael R. Acker (Bar No. 15478)
Meyers Rodbell and Rosenbaum, PA
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737
(301) 779-5746
*Counsel for North American Company for Life and Health Insurance*

/s/_____
Max Lipman
3636 Eltham Way
Owings Mills, Maryland 21117
*Pro Se*